UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 2:08-CR-212-LKK |
| v. ) | |
| ) | |
| MIGUEL EDWARDO VASQUEZ, et al ) | |
| _____ ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum    ( ) Ad Testificandum

Name of Detainee:    Damone Block, X-Ref. No. 2323287
Detained at (custodian):    Rio Consumnes Correction Center, 12500 Bruceville Rd., Elk Grove, California 95757

Detainee is:    a.)    (x) charged in this district by:    (X) Indictment  () Information  () Complaint
                              charging detainee with: conspiracy to distribute methamphetamine
    or    b.)    () a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    () return to the custody of detaining facility upon termination of proceedings
    or    b.)    (X) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

Signature:    /s/ Mary L. Grad
Printed Name & Phone No:    Mary L. Grad  916-554-2763
Attorney of Record for:    United States of America

## WRIT OF HABEAS CORPUS
    (X) Ad Prosequendum    () Ad Testificandum

    The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, FORTHWITH, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: 06/02/08    /s/ Gregory G. Hollows

    GREGORY G. HOLLOWS
vasquez.ord    United States Magistrate Judge

---

Please provide the following, if known:
AKA(s) (if applicable):    X  Male    Female
Booking or CDC #:    X-Ref. No. 2323287
Facility Address:    Rio Consumnes Correction Center
                      12500 Bruceville Road
                      Elk Grove, California 95757
Facility Phone:    916-874-1927
Currently Incarcerated For:    Parole Violation

---

### RETURN OF SERVICE

Executed on  _____  By: _____
                                                                                      (Signature)