John R. Manning
Attorney at Law
Ca. St. Bar No. 220874
1111 H Street, Suite 204
Sacramento, CA  95814
Telephone:  (916) 444-3994

Attorney for Defendant
Damone Block

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR NO. S-08-212 LKK |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING |
| v. ) | STATUS CONFERENCE |
| DAMONE BLOCK, ) | Date:  4/24/09 |
| Defendant. ) | Time:  1:30 p.m. |
| _____) | Judge: Hon. Lawrence K. Karlton |

    IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Mary L. Grad, Assistant United States Attorney, together with counsel for defendant Damone Block, John R. Manning, Esq., that the status conference presently set for April 24, 2009 be **continued to May 5, 2009, at 9:15 a.m.**, thus **vacating** the presently set status conference.

    The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendants may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). Specifically, the requested continuance is based upon the need of defense counsel to review the plea

1

1 agreement offered by the government.  The parties stipulate and
2 agree that the interests of justice served by granting this
3 continuance outweigh the best interests of the public and the
4 defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

IT IS SO STIPULATED.

Dated: April 14, 2009              /s/ John R. Manning
                                   JOHN R. MANNING
                                   Attorney for Defendant
                                   Damone Block

Dated: April 14, 2009              Lawrence G. Brown
                                   United States Attorney

                              by:  /s/ Mary L. Grad
                                   MARY L. GRAD
                                   Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  CR.S-08-212 LKK |
| Plaintiff, | ) |
| v. | ) ORDER TO |
| | ) CONTINUE STATUS CONFERENCE |
| DAMONE BLOCK, | ) |
| Defendant. | ) |

GOOD CAUSE APPEARING, it is hereby ordered that the April 24, 2009 status conference be continued to May 5, 2009 at 9:15 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation, exceeds the public interest in a trial within 70 days.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 from the date of this order to May 5, 2009.

IT IS SO ORDERED.

Dated: April 21, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3