1  John R. Manning
   Attorney at Law
2  Ca. St. Bar No. 220874
   1111 H Street, Suite 204
3  Sacramento, CA  95814
   Telephone:  (916) 444-3994
4
   Attorney for Defendant
5  Damone Block

6

7              IN THE UNITED STATES DISTRICT COURT

8           FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,      )   CR NO. S-08-212 LKK
                                  )
11          Plaintiff,            )   STIPULATION AND
                                  )   ORDER CONTINUING
12     v.                         )   STATUS CONFERENCE
                                  )
13 DAMONE BLOCK,                  )
                                  )   Date:  4/24/09
14          Defendant.            )   Time:  1:30 p.m.
   _____)   Judge: Hon. Lawrence K.
15                                     Karlton

16

17      IT IS HEREBY stipulated between the United States of America

18 through its undersigned counsel, Mary L. Grad, Assistant United

19 States Attorney, together with counsel for defendant Damone

20 Block, John R. Manning, Esq., that the status conference

21 presently set for April 24, 2009 be **continued to May 5, 2009, at**

22 **9:15 a.m.**, thus **vacating** the presently set status conference.

23      The parties stipulate that the ends of justice are served by

24 the Court excluding such time, so that counsel for the defendants

25 may have reasonable time necessary for effective preparation,

26 taking into account the exercise of due diligence. 18 U.S.C. §

27 3161(h)(8)(B)(iv). Specifically, the requested continuance is

28 based upon the need of defense counsel to review the plea

                              1

agreement offered by the government.  The parties stipulate and
agree that the interests of justice served by granting this
continuance outweigh the best interests of the public and the
defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

IT IS SO STIPULATED.


Dated: April 14, 2009              /s/ John R. Manning
                                   JOHN R. MANNING
                                   Attorney for Defendant
                                   Damone Block


Dated: April 14, 2009              Lawrence G. Brown
                                   United States Attorney


                                by:   /s/ Mary L. Grad
                                   MARY L. GRAD
                                   Assistant U.S. Attorney

```
 1              IN THE UNITED STATES DISTRICT COURT

 2            FOR THE EASTERN DISTRICT OF CALIFORNIA

 3

 4  UNITED STATES OF AMERICA,        ) Case No.  CR.S-08-212 LKK
                                     )
 5                  Plaintiff,       )
                                     )
 6       v.                          ) ORDER TO
                                     ) CONTINUE STATUS CONFERENCE
 7  DAMONE BLOCK,                    )
                                     )
 8                  Defendant.       )
    _____)
 9

10       GOOD CAUSE APPEARING, it is hereby ordered that the April

11  24, 2009 status conference be continued to May 5, 2009 at 9:15

12  a.m.  I find that the ends of justice warrant an exclusion of

13  time and that the defendant's need for continuity of counsel and

14  reasonable time for effective preparation, exceeds the public

15  interest in a trial within 70 days.  THEREFORE IT IS FURTHER

16  ORDERED that time be excluded pursuant to 18 U.S.C. §

17  3161(h)(8)(B)(iv) and Local Code T4 from the date of this order

18  to May 5, 2009.

19

20  IT IS SO ORDERED.

21  Dated: April 21, 2009

22                                 LAWRENCE K. KARLTON
                                   SENIOR JUDGE
23                                 UNITED STATES DISTRICT COURT

24

25

26

27

28
```