UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

## PRETRIAL SERVICES VIOLATION PETITION

The United States,

-vs-

Damone D. Block      Docket No. 2:08-CR-0212 LKK

**COMES NOW** Steven J. Sheehan, Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of Damone Deggins Block, who was placed on bond by the Honorable Kimberly J. Mueller, U.S. Magistrate Judge, sitting in the Court at Sacramento, California, on the 27th day of February, 2009, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows:

**BOND CONDITIONS:** The defendant was released on a $200,000 bond, secured by the real property owned by the defendant's mother and uncle, with Pretrial Services supervision and special conditions of release. Please refer to Page 2 of the Violation Petition.

**OFFENSE:** 21 USC 846 and 841(a)(1) - Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine; and Use of a Communication Facility(2 counts)

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
On Wednesday, May 6, 2009, Mr. Block was terminated from The Effort's residential substance abuse treatment program for breaking a program rule and lying about being in possession of contraband(a cellular telephone).

**PRAYING THAT THE COURT WILL ORDER** a bail violation hearing be calendered for Friday, May 8, 2009, at 2:00 p.m. before Your Honor to address the violations of his release conditions. All parties are available to be present on the proposed date and time.

| | |
|---|---|
| **LAST KNOWN ADDRESS:** | On file with Pretrial Services |
| **TELEPHONE NUMBER:** | On file with Pretrial Services |

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

/s/ *Steven J. Sheehan*

Steven J. Sheehan
U.S. Pretrial Services Officer
May 7, 2009

**ORDER**

____ The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at $ ___.

____ The Court hereby orders this ex parte motion and order be sealed.

____ The Court orders a summons be issued with an appearance date of _____

**X** The Court hereby orders this matter placed on this court's calendar on Friday, May 8, 2009, at 2:00 p.m. and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.

____ The Court orders no action be taken.

Considered and ordered this __7th__ day of __May__, 2009, and ordered filed and made a part of the records in the above case.

_____
U.S. Magistrate Judge

Pretrial Services Violation Petition - page 2
Block, Damon D.

**SPECIAL CONDITIONS OF RELEASE:**

1. You shall **remain in custody** pending notification of available bed space at The Effort. At that time, Pretrial Services will notify the Court and you shall be released by the United States Marshals Service to the custody of Pretrial Services.

    Prior to successful completion of the program, you shall have a status conference hearing before the duty magistrate judge to further review your release plan after treatment;

2. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

3. You shall be escorted from the U.S. Marshal's Office to the Pretrial Services Agency by a Pretrial Services Officer on the first working day following your release from custody;

4. You shall participate in the substance abuse treatment program at The Effort, Inc., inpatient facility, and comply with all the rules and regulations of the program. You shall remain at The Effort, Inc., inpatient facility at 1550 Juliesse Avenue, Sacramento, California, until released by the pretrial services officer;
    a. A responsible party approved by Pretrial Services shall escort you to all required court hearings and escort you back to The Effort upon completion of the hearing;

5. Upon successful completion of residential program, you are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

6. Your travel is restricted to the Eastern District of California without the prior consent of the pretrial services officer;

7. You shall not possess a firearm, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms currently under your control;

8. You shall refrain from any use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

9. You shall submit to drug or alcohol testing as approved by the pretrial services officer;

10. Upon successful completion of the residential program, you shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer; and,

11. You are released to the third party custody of your mother, Pam Block.

12. You shall report any contact with law enforcement to your pretrial services officer within 24 hours;

13. Upon successful completion of the residential program, you shall participate in the following home confinement program components and abide by all the requirements of the program which will include electronic monitoring.

    **Curfew: You are subject to a curfew as directed by Pretrial Services.**

    You shall, in accordance with this release order, have a home monitoring unit installed in your residence, a radio frequency transmitter device attached to your person, and shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company;

14. Upon successful completion of the residential program, you shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer.