```
 1  John R. Manning
    Attorney at Law
 2  Ca. St. Bar No. 220874
    1111 H Street, Suite 204
 3  Sacramento, CA  95814
    Telephone:  (916) 444-3994
 4
    Attorney for Defendant
 5  Damone Block

 6

 7              IN THE UNITED STATES DISTRICT COURT

 8            FOR THE EASTERN DISTRICT OF CALIFORNIA

 9

10  UNITED STATES OF AMERICA,     )   CR NO. S-08-212 LKK
                                  )
11          Plaintiff,            )   STIPULATION AND
                                  )   ORDER CONTINUING
12      v.                        )   STATUS CONFERENCE
                                  )
13  DAMONE BLOCK,                 )
                                  )   Date:  5/5/09
14          Defendant.            )   Time:  9:15 a.m.
    _____ )   Judge: Hon. Lawrence K.
15                                    Karlton

16
        IT IS HEREBY stipulated between the United States of America
17
    through its undersigned counsel, Mary L. Grad, Assistant United
18
    States Attorney, together with counsel for defendant Damone
19
    Block, John R. Manning, Esq., that the status conference
20
    presently set for May 5, 2009 be **continued to June 9, 2009, at**
21
    **9:15 a.m.**, thus **vacating** the presently set status conference.
22
        The parties stipulate that the ends of justice are served by
23
    the Court excluding such time, so that counsel for the defendants
24
    may have reasonable time necessary for effective preparation,
25
    taking into account the exercise of due diligence. 18 U.S.C. §
26
    3161(h)(8)(B)(iv). Specifically, the requested continuance is to
27
    allow the parties time to work out details of the plea agreement.
28
                                    1
```

| | |
|---|---|
| 1 | The parties stipulate and agree that the interests of justice |
| 2 | served by granting this continuance outweigh the best interests |
| 3 | of the public and the defendant in a speedy trial. 18 U.S.C. § |
| 4 | 3161(h)(8)(A). |

IT IS SO STIPULATED.

Dated: April 28, 2009  /s/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Damone Block

Dated: April 28, 2009  Lawrence G. Brown
United States Attorney

by: /s/ Mary L. Grad
MARY L. GRAD
Assistant U.S. Attorney

```
1                    IN THE UNITED STATES DISTRICT COURT

2                   FOR THE EASTERN DISTRICT OF CALIFORNIA

3

4   UNITED STATES OF AMERICA,    ) Case No.  CR.S-08-212 LKK
                                 )
5                   Plaintiff,   )
                                 )
6        v.                      )  ORDER TO
                                 ) CONTINUE STATUS CONFERENCE
7   DAMONE BLOCK,                )
                                 )
8                   Defendant.   )
    _____)
9

10       GOOD CAUSE APPEARING, it is hereby ordered that the

11  May 5, 2009 status conference be continued to June 9, 2009 at

12  9:15 a.m.  I find that the ends of justice warrant an exclusion

13  of time and that the defendant's need for continuity of counsel

14  and reasonable time for effective preparation, exceeds the public

15  interest in a trial within 70 days.  THEREFORE IT IS FURTHER

16  ORDERED that time be excluded pursuant to 18 U.S.C. §

17  3161(h)(8)(B)(iv) and Local Code T4 from the date of this order

18  to June 9, 2009.

19

20  IT IS SO ORDERED.

21  Dated: May 5, 2009
                                    _____
22                                  LAWRENCE K. KARLTON
                                    SENIOR JUDGE
23                                  UNITED STATES DISTRICT COURT
```

3