HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
DAMONE DEGGINS BLOCK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAMONE DEGGINS BLOCK,<br><br>Defendant. | No. CR. S-08-212 TLN<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: Honorable TROY L. NUNLEY |

Defendant, DAMONE DEGGINS BLOCK by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On December 8, 2009, this Court sentenced Mr. Block to a term of 48 months as to Counts 1, 34, and 35, to be served consecutively, for a total term of 144 months imprisonment;

3. His total offense level was 29, his criminal history category was VI, but the applicable guideline range was the statutory maximum term of 144 months;

4. The sentencing range applicable to Mr. Block was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Block's total offense level has been reduced from 29 to 27, and his amended guideline range is 130 to 144 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Block's term of imprisonment to 130 months.

Respectfully submitted,

Dated:  January 30, 2015

BENJAMIN B. WAGNER
United States Attorney

 /s/ *Jason Hitt*
JASON HITT
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated:   January 30, 2015

HEATHER E. WILLIAMS
Federal Defender

 /s/ *David M. Porter*
DAVID M. PORTER
Assistant Federal Defender

Attorney for Defendant
DAMONE DEGGINS BLOCK

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Block is entitled to the benefit Amendment 782, which reduces the total offense level from 29 to 27, resulting in an amended guideline range of 130 to 144 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in December 2009 is reduced to a term of 130 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Block shall report to the United States Probation Office within seventy-two hours after his release.

Dated:  February 2, 2015

_____
Troy L. Nunley
United States District Judge