JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
Damone D. Block

IN THE UNITED STATES MAGISTRATE COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:08 CR 212 LKK/TLN |
| Plaintiff, | ) |
| | ) APPLICATION AND ORDER |
| | ) EXONERATING BOND |
| v. | ) |
| DAMONE D. BLOCK, | ) |
| Defendant. | ) |

On December 12, 2009, defendant Damone D. Block was sentenced by the Hon. Lawrence K. Karlton. (Mr. Block was subsequently "re-sentenced" on February 3, 2015, by the Honorable Troy L. Nunley.) Defendant had previously posted a $200,000.00 appearance bond secured by a deed of trust on/for the property (and residence) located at 3646 Taylor Street, Sacramento, CA 95838 (ECF #278). Accordingly, the surety for the defendant's bail bond is entitled to the release of the home title, and it is respectfully requested that this Court direct the Clerk of the Court to reconvey title forthwith, and that the bond be exonerated.

///

///

1

DATED:  January 8, 2019            /s/ John R. Manning
                                   Attorney for Defendant
                                   Damone D. Block

IT IS SO ORDERED.

Dated:  January 8, 2019

                                   _____
                                   DEBORAH BARNES
                                   UNITED STATES MAGISTRATE JUDGE